THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT E. McVEA, Appellant.— Judgment of conviction affirmed.    All concurred.

THE SAMUEL STORES, Respondent, v. POPULAR OUTFITTING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

OSCAR M. HAYMAN and Others, Respondents, v. CANTON ART METAL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

HERMAN RAKOV, Appellant, v. BANKERS' LIFE INSURANCE COMPANY OF NEW YORK CITY, Respondent.— It appearing that there are not four justices qualified to sit in this appeal, the same is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

HENRY WILLIS, as Stockholder, etc., Appellant, v. ROCHESTER ELECTRIC RAILWAY COMPANY and Another, Appellants, and CITY OF ROCHESTER, Respondent.— Order affirmed, with ten dollars costs and disbursements.    All concurred.

CHARLES W. FISK, as Administrator, etc., Plaintiff, v. THE CENTRAL BANK OF ROCHESTER, N. Y., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.    All concurred.

EDWARD F. REIS, as Administrator, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.    All concurred.

CHARLES A. WHITE, as Administrator, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.    All concurred.

GEORGIANNA GILMORE, Appellant, v. WILLIAM K. HARVEY, as Executor, etc., Respondent.— Judgment affirmed, with costs.    All concurred; De Angelis, J. not sitting.

MARY K. PUTNAM, Appellant, v. CAROLINE C. PUTNAM and Another, as Administrators, etc., Respondents.— Judgment affirmed, with costs. All concurred.

JOHN WILLIX, as Administrator, etc., Respondent, v. CITY OF SYRACUSE, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs.    All concurred, except Foote and Lambert, JJ., who dissented upon the ground that plaintiff failed to show actionable negligence.

ELDON P. GODFREY by JOSEPH E. GODFREY, His Guardian ad Litem, Respondent, v. LEON G. SIMPSON, Appellant.— Judgment and order affirmed, with costs.    All concurred.

CATHERINE RICE, Respondent, v. WILLIAM A. KILLIP, as Executor, etc., Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs.    Held, that the plaintiff's cause of action for services is barred by the Statute of Limitations.    All concurred.

HARRY MILLS, Appellant, v. HERBERT KELDERHOUSE, Respondent.— Order affirmed, with costs.    All concurred.

ISABEL ADLE, as Administratrix, etc., Respondent, v. FULTON LIGHT, HEAT AND POWER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.    All concurred.